**Order filed December 12, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00866-CV**
_____

**SHO MUHAMMAD, Appellant**

**V.**

**GEORGE GILLUM, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1142083**

---

## O R D E R

Appellant's brief was due December 4, 2019. No brief or motion for extension of time has been filed. If appellant does not file a brief with this court on or before **January 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.